# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARIE SALEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> METHODE ELECTRONICS, INC., DONALD W. DUDA, and RONALD L.G. TSOUMAS, <br><br> Defendants. | Case No. 1:24-cv-07696 <br><br> District Judge Sara L. Ellis <br><br> Magistrate Judge M. David Weisman |
| CITY OF CAPE CORAL MUNICIPAL GENERAL EMPLOYEES' RETIREMENT PLAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> METHODE ELECTRONICS, INC., DONALD W. DUDA, RONALD L.G. TSOUMAS, and JOSEPH KHOURY, <br><br> Defendants. | Case No. 1:24-cv-09654 <br><br> District Judge Robert W. Gettleman <br><br> Magistrate Judge Beth W. Jantz |

**THE PENSION FUNDS' MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, <u>AND APPROVAL OF SELECTION OF COUNSEL</u>**

City of Cape Coral Municipal General Employees' Retirement Plan, Michigan Electrical Employees' Pension Fund, and Allegheny County Employees' Retirement System (together, the "Pension Funds") respectfully move this Court for the entry of an Order: (1) consolidating the above-captioned, related actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; (2) appointing the Pension Funds as Lead Plaintiff pursuant to 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (3) approving the Pension Funds' selection of Kessler Topaz Meltzer & Check, LLP and Bernstein Litowitz Berger & Grossmann LLP as Lead Counsel for the class; and (4) granting such other and further relief as the Court may deem just and proper.[1]

This Motion is made on the grounds that the Pension Funds are the "most adequate plaintiff" pursuant to the PSLRA. In support of this Motion, the Pension Funds submit herewith the Memorandum of Law in Support of the Pension Funds' Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel, the Declaration of Avi Josefson in support thereof and all exhibits attached thereto, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

Dated: October 25, 2024              Respectfully submitted,

                                     **BERNSTEIN LITOWITZ BERGER**
                                      **& GROSSMANN LLP**

                                     */s/ Avi Josefson*

---

[1] This Motion has been filed pursuant to Section 21D(a)(3)(B) of the Exchange Act, as amended by the PSLRA. Section 21D(a)(3)(B) provides that within sixty days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, counsel for the Pension Funds cannot determine who the competing lead plaintiff candidates are at this time. As a result, counsel for the Pension Funds has been unable to confer with opposing counsel as prescribed in the Court's Case Procedures on Motion Practice, and the Pension Funds respectfully request that the meet and confer requirement be waived for this Motion.

1

Avi Josefson (Bar No. 672453)
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 373-3880
Facsimile: (312) 794-7801
avi@blbglaw.com

and

Hannah Ross, *pro hac vice* forthcoming
Scott R. Foglietta, *pro hac vice* forthcoming
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
hannah@blbglaw.com
scott.foglietta@blbglaw.com

**KESSLER TOPAZ MELTZER
 & CHECK, LLP**
Naumon A. Amjed, *pro hac vice* forthcoming
Darren J. Check, *pro hac vice* forthcoming
Ryan T. Degnan, *pro hac vice* forthcoming
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
dcheck@ktmc.com
rdegnan@ktmc.com

*Counsel for the Pension Funds and
Proposed Lead Counsel for the Class*

2