UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| MARIE SALEM, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>METHODE ELECTRONICS, INC., DONALD W. DUDA, and RONALD L.G. TSOUMAS,<br><br>      Defendants. | Case No. 1:24-cv-07696<br><br>CLASS ACTION |
| CITY OF CAPE CORAL MUNICIPAL GENERAL EMPLOYEES' RETIREMENT PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>METHODE ELECTRONICS, INC., DONALD W. DUDA, RONALD L.G. TSOUMAS, and JOSEPH KHOURY,<br><br>      Defendants. | Case No. 1:24-cv-09654<br><br>CLASS ACTION |

**MOTION OF DEKALB COUNTY PENSION FUND FOR: (1) CONSOLIDATION OF THE RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL AND LIAISON COUNSEL**

PLEASE TAKE NOTICE that on October 30, 2024 at 9:45 a.m. or at a date and time set by the Court— DeKalb County Pension Fund ("DeKalb") will respectfully move this pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), for entry of an Order:[1] (1) consolidating the above-captioned, related actions; (2) appointing DeKalb as Lead Plaintiff in the above-captioned action; (3) approving DeKalb's selection of the law firm of Faruqi & Faruqi, LLP to serve as Lead Counsel and Miller Law LLC as Liaison Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

This motion is based on the accompanying Memorandum of Law in support hereof, the Declaration of Lori A. Fanning and exhibits filed therewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

For the foregoing reasons, DeKalb respectfully requests that the Court: (1) consolidate the above-captioned, related actions; (2) appoint DeKalb as Lead Plaintiff pursuant to the PSLRA; (3) approve Faruqi & Faruqi, LLP as Lead Counsel and Miller Law LLC as Liaison Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

Dated: October 25, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**MILLER LAW LLC**

　　　　　　　　　　　　　　　　　　　　By:　*/s/ Lori A. Fanning*
　　　　　　　　　　　　　　　　　　　　　　　Lori A. Fanning

---

[1] The Motion Practice Section of the Case Procedures of the Honorable Sara L. Ellis ("the Court's Case Procedure for Motion Practice") requires that counsel confer prior to the filing of certain motions. Due to the PSLRA's lead plaintiff procedure, however, DeKalb will not know which other class members may move for appointment as Lead Plaintiff until after all the movants have filed their respective motions. Under these circumstances, DeKalb respectfully requests that the conferral requirement of the Court's Case Procedure for Motion Practice be waived.

Marvin A. Miller
Lori A. Fanning
53 W. Jackson Blvd., Suite 1320
Chicago, IL 60604
Telephone: 312-332-3400
Facsimile: 312-676-2676
Email: mmiller@millerlawllc.com
       lfanning@millerlawllc.com

*Attorneys for [Proposed] Lead Plaintiff DeKalb County Pension Fund and [Proposed] Liaison Counsel for the putative Class*

James M. Wilson, Jr. (*pro hac vice* forthcoming)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email:  jwilson@faruqilaw.com

Robert W. Killorin (*pro hac vice* forthcoming)
**FARUQI & FARUQI, LLP**
3565 Piedmont Road NE Building Four
Suite 380
Atlanta, GA 30305
Telephone: 404-847-0617
Facsimile: 404-506-9534
Email:  rkillorin@faruqilaw.com

*Attorneys for [Proposed] Lead Plaintiff DeKalb County Pension Fund and [Proposed] Lead Counsel for the putative Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed on October 25, 2024 with the Clerk of the Court using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

By: */s/ Lori A. Fanning*
Lori A. Fanning