**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MARIE SALEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> METHODE ELECTRONICS, INC., DONALD W. DUDA, and RONALD L.G. TSOUMAS, <br><br> Defendants. | Case No. 1:24-cv-07696 <br><br> District Judge Sara L. Ellis <br><br> Magistrate Judge M. David Weisman |
| CITY OF CAPE CORAL MUNICIPAL GENERAL EMPLOYEES' RETIREMENT PLAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> METHODE ELECTRONICS, INC., DONALD W. DUDA, RONALD L.G. TSOUMAS, and JOSEPH KHOURY, <br><br> Defendants. | Case No. 1:24-cv-09654 <br><br> District Judge Robert W. Gettleman <br><br> Magistrate Judge Beth W. Jantz |

**DECLARATION OF AVI JOSEFSON IN SUPPORT OF**
**THE PENSION FUNDS' MOTION FOR CONSOLIDATION OF RELATED**
**ACTIONS, APPOINTMENT AS LEAD PLAINTIFF,**
**AND APPROVAL OF SELECTION OF COUNSEL**

I, Avi Josefson, declare as follows:

1.      I am a member in good standing of the bar of the State of Illinois and am admitted to practice before this Court.  I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz").  I submit this Declaration in support of The Pension Funds' Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel.  Unless otherwise indicated, I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Sworn Certifications of City of Cape Coral Municipal General Employees' Retirement Plan ("Cape Coral"), Michigan Electrical Employees' Pension Fund ("Michigan Electrical"), and Allegheny County Employees' Retirement System ("Allegheny") (together, the "Pension Funds"), pursuant to the Private Securities Litigation Reform Act of 1995;

Exhibit B:    Charts of Cape Coral's, Michigan Electrical's, and Allegheny's transactions and losses in Methode Electronics, Inc. common stock during the Class Period;

Exhibit C:    Joint Declaration of Brian Fenske, David Fashbaugh, and Walter Szymanski in Support of the Pension Funds' Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel;

Exhibit D:    Notice of the pendency of *Salem v. Methode Electronics, Inc., et al.*, No. 1:24-cv-07696 (N.D. Ill.), published on August 26, 2024, in *GlobeNewswire*;

Exhibit E:    Notice of the pendency of *City of Cape Coral Municipal General Employees' Retirement Plan v. Methode*

1

*Electronics, Inc., et al.*, No. 1:24-cv-09654 (N.D. Ill.), published on October 7, 2024, in *Business Wire*;

Exhibit F:    Firm Profile of Kessler Topaz Meltzer & Check, LLP; and

Exhibit G:    Firm Résumé of Bernstein Litowitz.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 25th day of October 2024.

*/s/ Avi Josefson*
Avi Josefson (Bar No. 672453)

2