# EXHIBIT A

Docusign Envelope ID: 508D9CFB-5B89-46DC-B21B-9B109729A8D9

## CERTIFICATION

City of Cape Coral Municipal General Employees' Retirement Plan ("Cape Coral" or "Plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1.  Plaintiff did not purchase the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2.  Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3.  Plaintiff's Class Period purchase and sale transactions in the Methode Electronics, Inc. securities that are the subject of this action are attached in Schedule A.

4.  Plaintiff has full power and authority to bring suit to recover for the investment losses listed in the attached Schedule A.

5.  Plaintiff has fully reviewed the facts and allegations of the complaint it filed in this action. Plaintiff has authorized the filing of the motion for appointment as lead plaintiff on its behalf in this action.

6.  I, Brian Fenske, Chairman of the Board of Trustees, am authorized to make legal decisions, and execute this certification, on Plaintiff's behalf.

7.  Plaintiff intends to actively monitor and vigorously pursue this action for the benefit of the class.

8.  Plaintiff will endeavor to provide fair and adequate representation and work directly with the efforts of class counsel to ensure that the largest recovery for the class consistent with good faith and meritorious judgment is obtained.

9.     Plaintiff is currently serving as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in *City of Cape Coral Municipal General Employees' Retirement Plan v. Methode Electronics, Inc.*, No. 24-cv-09654 (N.D. Ill.) (filed initial complaint).

10.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of October 2024.

**City of Cape Coral Municipal General Employees' Retirement Plan**

By: *Brian Fenske*
Signed by:
76F0D18666CE435...

Brian Fenske
*Chairman of the Board of Trustees*

Docusign Envelope ID: 508D9CFB-5B89-46DC-B21B-9B109729A8D9

## SCHEDULE A

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | Buy | 4/3/2023 | 1,550 | $43.40 |
| Common Stock | Buy | 9/26/2023 | 200 | $22.55 |

**CERTIFICATION**

Michigan Electrical Employees' Pension Fund ("Michigan Electrical" or "Plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff did not purchase the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3.      Plaintiff's Class Period purchase and sale transactions in the Methode Electronics, Inc. securities that are the subject of this action are attached in Schedule A.

4.      Plaintiff has full power and authority to bring suit to recover for the investment losses listed in the attached Schedule A.

5.      Plaintiff has fully reviewed the facts and allegations of a complaint filed in this action. Plaintiff has authorized the filing of the motion for appointment as lead plaintiff on its behalf in this action.

6.      I, David Fashbaugh, Chairman of the Board, am authorized to make legal decisions, and execute this certification, on Plaintiff's behalf.

7.      Plaintiff intends to actively monitor and vigorously pursue this action for the benefit of the class.

8.      Plaintiff will endeavor to provide fair and adequate representation and work directly with the efforts of class counsel to ensure that the largest recovery for the class consistent with good faith and meritorious judgment is obtained.

9.      Plaintiff has neither served nor sought to serve as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this certification.

10.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _18_ day of October 2024.

**Michigan Electrical Employees' Pension Fund**

By:    _____

David Fashbaugh, *Chairman of the Board*
Michigan Electrical Employees' Pension Fund

## SCHEDULE A

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | Buy | 4/20/2022 | 7,162 | $46.27 |
| Common Stock | Buy | 2/6/2023 | 2,079 | $50.14 |

**CERTIFICATION PURSUANT TO
THE FEDERAL SECURITIES LAWS**

I, Walter Szymanski, on behalf of Allegheny County Employees' Retirement System ("ACERS"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Manager of ACERS, and I am fully authorized to enter into and execute this Certification on behalf of ACERS. I have reviewed a complaint filed in this matter. ACERS has authorized the filing of this motion for appointment as lead plaintiff.

2. ACERS did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. ACERS is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. ACERS fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. ACERS's transactions in the Methode Electronics, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. ACERS has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *In re AdaptHealth Corp. Securities Litigation*, No. 23-cv-4104 (E.D. Pa.)
   *Winter v. Stronghold Digital Mining, Inc.*, No. 22-cv-3088 (S.D.N.Y.)

6. ACERS has served as a representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *Allegheny County Employees' Retirement System v. Palantir Technologies Inc.*,
   No. 22-cv-2805 (D. Colo.)

7. ACERS will not accept any payment for serving as a representative party on behalf of the Class beyond ACERS's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of October, 2024.

_____
Walter Szymanski, Manager
*Allegheny County Employees' Retirement System*

**Allegheny County Employees' Retirement System**
**Transactions in Methode Electronics, Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 3/24/2022 | 1 | 42.2400 |
| Purchase | 3/24/2022 | 25 | 42.5500 |
| Purchase | 3/25/2022 | 8 | 42.2350 |
| Purchase | 3/28/2022 | 84 | 42.1796 |
| Purchase | 3/28/2022 | 41 | 42.2205 |
| Purchase | 3/30/2022 | 137 | 42.9937 |
| Purchase | 3/31/2022 | 276 | 43.2013 |
| Purchase | 4/1/2022 | 101 | 42.7201 |
| Purchase | 4/1/2022 | 167 | 42.8607 |
| Purchase | 4/4/2022 | 169 | 42.9694 |
| Purchase | 4/5/2022 | 215 | 42.7171 |
| Purchase | 4/6/2022 | 268 | 42.6986 |
| Purchase | 4/7/2022 | 394 | 42.7473 |
| Purchase | 4/7/2022 | 360 | 42.6082 |
| Purchase | 4/8/2022 | 205 | 43.4535 |
| Purchase | 4/11/2022 | 316 | 43.4993 |
| Purchase | 4/12/2022 | 88 | 43.9995 |
| Purchase | 4/13/2022 | 37 | 43.9924 |
| Purchase | 4/14/2022 | 124 | 44.6636 |
| Purchase | 4/18/2022 | 6 | 44.9617 |
| Purchase | 4/21/2022 | 145 | 46.5941 |
| Purchase | 4/22/2022 | 225 | 45.7670 |
| Purchase | 4/25/2022 | 18 | 44.6400 |
| Purchase | 4/25/2022 | 235 | 44.9504 |
| Purchase | 4/26/2022 | 33 | 44.3452 |
| Purchase | 4/26/2022 | 57 | 44.9951 |
| Purchase | 4/26/2022 | 176 | 44.3251 |
| Purchase | 12/16/2022 | 14 | 44.2436 |
| Purchase | 12/16/2022 | 59 | 43.9551 |
| Purchase | 12/19/2022 | 233 | 43.7049 |
| Purchase | 12/20/2022 | 6 | 44.2550 |
| Purchase | 12/21/2022 | 5 | 45.0700 |
| Purchase | 12/22/2022 | 19 | 43.8600 |
| Purchase | 12/23/2022 | 2 | 44.3650 |
| Purchase | 12/27/2022 | 89 | 45.0942 |
| Purchase | 12/27/2022 | 19 | 45.1621 |
| Purchase | 12/28/2022 | 14 | 44.7671 |
| Purchase | 12/22/2023 | 3 | 22.6367 |

**Allegheny County Employees' Retirement System**
**Transactions in Methode Electronics, Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Sale | 1/11/2023 | (6) | 46.7200 |
| Sale | 11/28/2023 | (617) | 23.7568 |