# EXHIBIT B

*Total Pension Funds LIFO Losses* : (**$492,572.93**)

**City of Cape Coral Municipal General Employees' Retirement Plan**
**LIFO Losses in Methode Electronics, Inc.**
Class Period: 12/2/2021 - 3/6/2024
Retained Shares valued at:  $12.12

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 4/3/2023 | 1,550 | $43.40 | $67,270.60 | Sale | 4/8/2024 | 200 | $12.61 | $2,521.02 |
| Purchase | 9/26/2023 | 200 | $22.55 | $4,509.30 | Sale * | 4/10/2024 | 150 | $12.39 | $1,857.81 |
| | | | | | Sale | 4/15/2024 | 200 | $12.43 | $2,485.99 |
| | | | | | Sale * | 5/7/2024 | 150 | $12.29 | $1,843.57 |
| | | | | | Sale * | 5/8/2024 | 40 | $12.27 | $490.83 |
| | | | | | Sale * | 5/8/2024 | 110 | $12.27 | $1,349.78 |
| | | | | | Retained | | 900 | $12.12 | $10,907.56 |
| | | 1,750 | | $71,779.90 | | | 1,750 | | $21,456.56 |

*LIFO loss:*  (**$50,323.35**)

* Post-class sale price adjusted per PSLRA.

**Michigan Electrical Employees' Pension Fund**
**LIFO Losses in Methode Electronics, Inc.**
Class Period: 12/2/2021 - 3/6/2024

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 4/20/2022 | 7,162 | $46.27 | $331,381.44 | Sale * | 3/20/2024 | 9,241 | $12.96 | $119,781.84 |
| Purchase | 2/6/2023 | 2,079 | $50.14 | $104,232.54 | | | | | |
| | | 9,241 | | $435,613.98 | | | 9,241 | | $119,781.84 |

*LIFO loss:* ($315,832.14)

* Post-class sale price adjusted per PSLRA.

**Allegheny County Employees' Retirement System**
**LIFO Losses in Methode Electronics, Inc.**
Class Period: 12/2/2021 - 3/6/2024

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 3/24/2022 | 1 | $42.24 | $42.24 | Sale | 1/11/2023 | 6 | $46.72 | $280.32 |
| Purchase | 3/24/2022 | 25 | $42.55 | $1,063.75 | Sale | 11/28/2023 | 617 | $23.76 | $14,657.95 |
| Purchase | 3/25/2022 | 8 | $42.24 | $337.88 | Sale * | 3/12/2024 | 99 | $13.89 | $1,375.11 |
| Purchase | 3/28/2022 | 41 | $42.22 | $1,731.04 | Sale * | 3/13/2024 | 41 | $13.74 | $563.50 |
| Purchase | 3/28/2022 | 84 | $42.18 | $3,543.09 | Sale * | 3/13/2024 | 17 | $13.74 | $233.65 |
| Purchase | 3/30/2022 | 137 | $42.99 | $5,890.14 | Sale * | 3/14/2024 | 170 | $13.54 | $2,301.80 |
| Purchase | 3/31/2022 | 276 | $43.20 | $11,923.56 | Sale * | 3/15/2024 | 81 | $13.39 | $1,084.94 |
| Purchase | 4/1/2022 | 167 | $42.86 | $7,157.74 | Sale * | 3/18/2024 | 1,028 | $13.17 | $13,542.62 |
| Purchase | 4/1/2022 | 101 | $42.72 | $4,314.73 | Sale * | 3/18/2024 | 66 | $13.17 | $869.47 |
| Purchase | 4/4/2022 | 169 | $42.97 | $7,261.83 | Sale * | 3/19/2024 | 330 | $13.04 | $4,304.30 |
| Purchase | 4/5/2022 | 215 | $42.72 | $9,184.18 | Sale * | 3/19/2024 | 1,919 | $13.04 | $25,030.16 |
| Purchase | 4/6/2022 | 268 | $42.70 | $11,443.22 | | | | | |
| Purchase | 4/7/2022 | 394 | $42.75 | $16,842.44 | | | | | |
| Purchase | 4/7/2022 | 360 | $42.61 | $15,338.95 | | | | | |
| Purchase | 4/8/2022 | 205 | $43.45 | $8,907.97 | | | | | |
| Purchase | 4/11/2022 | 316 | $43.50 | $13,745.78 | | | | | |
| Purchase | 4/12/2022 | 88 | $44.00 | $3,871.96 | | | | | |
| Purchase | 4/13/2022 | 37 | $43.99 | $1,627.72 | | | | | |
| Purchase | 4/14/2022 | 124 | $44.66 | $5,538.29 | | | | | |
| Purchase | 4/18/2022 | 6 | $44.96 | $269.77 | | | | | |
| Purchase | 4/21/2022 | 145 | $46.59 | $6,756.14 | | | | | |
| Purchase | 4/22/2022 | 225 | $45.77 | $10,297.58 | | | | | |
| Purchase | 4/25/2022 | 18 | $44.64 | $803.52 | | | | | |
| Purchase | 4/25/2022 | 235 | $44.95 | $10,563.34 | | | | | |
| Purchase | 4/26/2022 | 33 | $44.35 | $1,463.39 | | | | | |
| Purchase | 4/26/2022 | 57 | $45.00 | $2,564.72 | | | | | |
| Purchase | 4/26/2022 | 176 | $44.33 | $7,801.22 | | | | | |
| Purchase | 12/16/2022 | 59 | $43.96 | $2,593.35 | | | | | |
| Purchase | 12/16/2022 | 14 | $44.24 | $619.41 | | | | | |
| Purchase | 12/19/2022 | 233 | $43.70 | $10,183.24 | | | | | |
| Purchase | 12/20/2022 | 6 | $44.26 | $265.53 | | | | | |
| Purchase | 12/21/2022 | 5 | $45.07 | $225.35 | | | | | |
| Purchase | 12/22/2022 | 19 | $43.86 | $833.34 | | | | | |
| Purchase | 12/23/2022 | 2 | $44.37 | $88.73 | | | | | |
| Purchase | 12/27/2022 | 89 | $45.09 | $4,013.38 | | | | | |
| Purchase | 12/27/2022 | 19 | $45.16 | $858.08 | | | | | |
| Purchase | 12/28/2022 | 14 | $44.77 | $626.74 | | | | | |
| Purchase | 12/22/2023 | 3 | $22.64 | $67.91 | | | | | |
| | | **4,374** | | **$190,661.25** | | | **4,374** | | **$64,243.81** |

*LIFO loss:* (**$126,417.44**)

\* Post-class sale price adjusted per PSLRA.