UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| MARIE SALEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>METHODE ELECTRONICS, INC., DONALD W. DUDA, and RONALD L.G. TSOUMAS,<br><br>Defendants. | Case No. 1:24-cv-07696<br><br>CLASS ACTION |
| CITY OF CAPE CORAL MUNICIPAL GENERAL EMPLOYEES' RETIREMENT PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>METHODE ELECTRONICS, INC., DONALD W. DUDA, RONALD L.G. TSOUMAS, and JOSEPH KHOURY,<br><br>Defendants. | Case No. 1:24-cv-09654<br><br>CLASS ACTION |

**DECLARATION OF LORI A. FANNING IN SUPPORT OF MOTION OF DEKALB COUNTY PENSION FUND FOR: (1) CONSOLIDATION OF THE RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL AND LIAISON COUNSEL**

I, Lori A. Fanning, declare as follows:

1.      I am a member in good standing of the bar of the State of Illinois and am admitted in this Court. I am a member of the law firm of Miller Law LLC. I submit this declaration in support of the motion filed by DeKalb County Pension Fund ("DeKalb"), for: (1) consolidation of the above-captioned, related actions; (2) appointment of DeKalb as Lead Plaintiff; and (3) approval of DeKalb's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel and Miller Law LLC to serve as Liaison Counsel for the Class. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2.      Attached as Exhibits A through G are true and correct copies of the following documents:

Exhibit A:      First Notice of Pendency of a Class Action

Exhibit B:      DeKalb's PSLRA Certification

Exhibit C:      Chart setting forth DeKalb's financial interest in this litigation

Exhibit D:      Firm Resume of Faruqi & Faruqi, LLP

Exhibit E:      Women's Business Enterprise National Council Certificate

Exhibit F:      Firm Resume of Miller Law LLC

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 25th day of October 2024 at Chicago, IL.

*/s/ Lori A. Fanning*
Lori A. Fanning

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed on October 25, 2024 with the Clerk of the Court using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

By:     */s/ Lori A. Fanning*
        Lori A. Fanning

2