# EXHIBIT B

## CERTIFICATION OF PROPOSED LEAD
## PLAINTIFF

I, Robert Robertson, as representative for DeKalb County Pension Fund ("Movant"), declare as to the claims asserted under the federal securities laws against Methode Electronics, Inc., *et al.*, that:

1.      Movant has reviewed a complaint against Methode Electronics, Inc., *et al.* in the action filed and adopts the allegations therein.

2.      Movant has selected and retained Faruqi & Faruqi, LLP as counsel for purposes of prosecuting this action and claims against the defendants.

3.      Movant did not purchase any security that is the subject of this action at the direction of Movant's counsel or in order to participate in any private action arising under the federal securities laws.

4.      Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

5.      Movant's transactions in Methode Electronics, Inc. securities that are the subject of the complaint during the class period specified in the complaint are set forth in the chart attached hereto.

6.      In the past three years, Movant has sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws:

> *DeKalb County Pension Fund v. Roblox Corp.*, 3:23-cv-06618-RS (N.D. Cal. Jan. 26, 2024) – selected to be co-Lead Plaintiff
>
> *City of Fort Lauderdale Police and Firefighters' Retirement Fund v. Pegasystems Inc.*, 1:22-cv-00578-LMB-IDD (E.D. Va. July 18, 2022) – not selected to be lead plaintiff
>
> *Lowthorp v. Mesa Air Group Inc.*, CV-20-00648-PHX-MTL (D. Ariz. Dec. 23, 2021) – appointed class representative, then case settled and final approval was granted on April 7, 2023

7.      Movant will not accept any payment for serving as a representative party on behalf of a class beyond Movant's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing information is correct to the best of my knowledge.

_____          ___10-23-2024___
Robert Robertson                                             Date
Vice-Chairman of the Board
DeKalb County Pension Fund

1

| Transaction (Purchase or Sale) | Share Type | Trade Date | Quantity | Price Per Share |
|---|---|---|---|---|
| Purchase | Common Stock | 3/24/2022 | 150 | $42.5500 |
| Purchase | Common Stock | 3/24/2022 | 3 | $42.2398 |
| Purchase | Common Stock | 3/25/2022 | 49 | $42.2353 |
| Purchase | Common Stock | 3/28/2022 | 512 | $42.1796 |
| Purchase | Common Stock | 3/28/2022 | 254 | $42.2205 |
| Purchase | Common Stock | 3/30/2022 | 836 | $42.9937 |
| Purchase | Common Stock | 3/31/2022 | 1,682 | $43.2013 |
| Purchase | Common Stock | 4/1/2022 | 1,018 | $42.8607 |
| Purchase | Common Stock | 4/1/2022 | 619 | $42.7201 |
| Purchase | Common Stock | 4/4/2022 | 1,033 | $42.9694 |
| Purchase | Common Stock | 4/5/2022 | 1,310 | $42.7171 |
| Purchase | Common Stock | 4/6/2022 | 1,636 | $42.6986 |
| Purchase | Common Stock | 4/7/2022 | 2,196 | $42.6082 |
| Purchase | Common Stock | 4/7/2022 | 2,404 | $42.7473 |
| Purchase | Common Stock | 4/8/2022 | 1,246 | $43.4535 |
| Purchase | Common Stock | 4/11/2022 | 1,924 | $43.4993 |
| Purchase | Common Stock | 4/12/2022 | 536 | $43.9995 |
| Purchase | Common Stock | 4/13/2022 | 225 | $43.9923 |
| Purchase | Common Stock | 4/14/2022 | 759 | $44.6636 |
| Purchase | Common Stock | 4/18/2022 | 34 | $44.9615 |
| Purchase | Common Stock | 4/21/2022 | 885 | $46.5941 |
| Purchase | Common Stock | 4/22/2022 | 1,372 | $45.7670 |
| Purchase | Common Stock | 4/25/2022 | 107 | $44.6400 |
| Purchase | Common Stock | 4/25/2022 | 1,430 | $44.9504 |
| Purchase | Common Stock | 4/26/2022 | 1,072 | $44.3251 |
| Purchase | Common Stock | 4/26/2022 | 201 | $44.3450 |
| Purchase | Common Stock | 4/26/2022 | 349 | $44.9950 |
| Sold | Common Stock | 8/11/2022 | (2,415) | $42.0206 |
| Purchase | Common Stock | 12/16/2022 | 75 | $44.2435 |
| Purchase | Common Stock | 12/16/2022 | 320 | $43.9550 |
| Purchase | Common Stock | 12/19/2022 | 3,495 | $43.7049 |
| Purchase | Common Stock | 12/20/2022 | 94 | $44.2551 |

2

| Transaction (Purchase or Sale) | Share Type | Trade Date | Quantity | Price Per Share |
|---|---|---|---|---|
| Purchase | Common Stock | 12/21/2022 | 77 | $45.0700 |
| Purchase | Common Stock | 12/22/2022 | 290 | $43.8602 |
| Purchase | Common Stock | 12/23/2022 | 29 | $44.3648 |
| Purchase | Common Stock | 12/27/2022 | 283 | $45.1619 |
| Purchase | Common Stock | 12/27/2022 | 1,327 | $45.0942 |
| Purchase | Common Stock | 12/28/2022 | 208 | $44.7674 |
| Sold | Common Stock | 3/13/2023 | (1,949) | $41.4625 |
| Sold | Common Stock | 5/31/2023 | (2,274) | $42.8482 |