# EXHIBIT C

**Methode Electronics, Inc.**
**Class Period: December 2, 2021 - March 6, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Account Name | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Net Shares Retained | 90-Days* Mean Price $12.11 Estimated Value | Estimated Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Summary** | | | | | | | | | | | |
| **DeKalb County Pension Fund Totals** | | **(30,040)** | | **($1,311,779.96)** | | **6,638** | | **$279,726.97** | **(23,402)** | **($709,124.63)** | **($724,440.17)** |
| **DeKalb County Pension Fund** | | | | | | | | | | | |
| | 3/24/2022 | (150) | $42.5500 | ($6,382.50) | | | | | | | |
| | 3/24/2022 | (3) | $42.2398 | ($126.72) | | | | | | | |
| | 3/25/2022 | (49) | $42.2353 | ($2,069.53) | | | | | | | |
| | 3/28/2022 | (512) | $42.1796 | ($21,595.96) | | | | | | | |
| | 3/28/2022 | (254) | $42.2205 | ($10,724.01) | | | | | | | |
| | 3/30/2022 | (836) | $42.9937 | ($35,942.73) | | | | | | | |
| | 3/31/2022 | (1,682) | $43.2013 | ($72,664.59) | | | | | | | |
| | 4/1/2022 | (1,018) | $42.8607 | ($43,632.19) | | | | | | | |
| | 4/1/2022 | (619) | $42.7201 | ($26,443.74) | | | | | | | |
| | 4/4/2022 | (1,033) | $42.9694 | ($44,387.39) | | | | | | | |
| | 4/5/2022 | (1,310) | $42.7171 | ($55,959.40) | | | | | | | |
| | 4/6/2022 | (1,636) | $42.6986 | ($69,854.91) | | | | | | | |
| | 4/7/2022 | (2,196) | $42.6082 | ($93,567.61) | | | | | | | |
| | 4/7/2022 | (2,404) | $42.7473 | ($102,764.51) | | | | | | | |
| | 4/8/2022 | (1,246) | $43.4535 | ($54,143.06) | | | | | | | |
| | 4/11/2022 | (1,924) | $43.4993 | ($83,692.65) | | | | | | | |
| | 4/12/2022 | (536) | $43.9995 | ($23,583.73) | | | | | | | |
| | 4/13/2022 | (225) | $43.9923 | ($9,898.27) | | | | | | | |
| | 4/14/2022 | (759) | $44.6636 | ($33,899.67) | | | | | | | |
| | 4/18/2022 | (34) | $44.9615 | ($1,528.69) | | | | | | | |
| | 4/21/2022 | (885) | $46.5941 | ($41,235.78) | | | | | | | |
| | 4/22/2022 | (1,372) | $45.7670 | ($62,792.32) | | | | | | | |
| | 4/25/2022 | (107) | $44.6400 | ($4,776.48) | | | | | | | |
| | 4/25/2022 | (1,430) | $44.9504 | ($64,279.07) | | | | | | | |
| | 4/26/2022 | (1,072) | $44.3251 | ($47,516.51) | | | | | | | |
| | 4/26/2022 | (201) | $44.3450 | ($8,913.35) | | | | | | | |
| | 4/26/2022 | (349) | $44.9950 | ($15,703.26) | | | | | | | |
| | | | | | 8/11/2022 | 2,415 | $42.0206 | $101,479.75 | | | ($6,299.03) |
| | 12/16/2022 | (75) | $44.2435 | ($3,318.26) | | | | | | | |
| | 12/16/2022 | (320) | $43.9550 | ($14,065.60) | | | | | | | |
| | 12/19/2022 | (3,495) | $43.7049 | ($152,748.63) | | | | | | | |
| | 12/20/2022 | (94) | $44.2551 | ($4,159.98) | | | | | | | |
| | 12/21/2022 | (77) | $45.0700 | ($3,470.39) | | | | | | | |
| | 12/22/2022 | (290) | $43.8602 | ($12,719.46) | | | | | | | |
| | 12/23/2022 | (29) | $44.3648 | ($1,286.58) | | | | | | | |
| | 12/27/2022 | (283) | $45.1619 | ($12,780.82) | | | | | | | |
| | 12/27/2022 | (1,327) | $45.0942 | ($59,840.00) | | | | | | | |
| | 12/28/2022 | (208) | $44.7674 | ($9,311.62) | | | | | | | |
| | | | | | 3/13/2023 | 1,949 | $41.4625 | $80,810.41 | | | |
| | | | | | 5/31/2023 | 2,274 | $42.8482 | $97,436.81 | | | ($9,016.51) |

|  | Sales Date | Shares | Price | Amount | 90-Days** Mean Price | Estimated Gain (Loss) |
|---|---|---|---|---|---|---|
| **Post Class Period Sales** | | | | | | |
| | 3/12/2024 | 618 | $13.2333 | $8,584.02 | $13.8900 | |
| | 3/13/2024 | 256 | $13.1085 | $3,518.46 | $13.7440 | |
| | 3/13/2024 | 109 | $13.1451 | $1,498.10 | $13.7440 | |
| | 3/14/2024 | 1,060 | $12.7377 | $14,352.40 | $13.5400 | |
| | 3/15/2024 | 506 | $12.4053 | $6,777.51 | $13.3943 | |
| | 3/18/2024 | 6,412 | $12.0834 | $84,470.09 | $13.1738 | |
| | 3/18/2024 | 410 | $12.2933 | $5,401.24 | $13.1738 | |
| | 3/19/2024 | 11,969 | $12.0000 | $156,115.66 | $13.0433 | |
| | 3/19/2024 | 2,062 | $12.0706 | $26,895.35 | $13.0433 | ($709,124.63) |

*Avg Closing Prices from March 7, 2024 - June 4, 2024
**Avg Closing Prices from March 7, 2024 - Date Sold Within the 90 Day Lookback period