UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| MARIE SALEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 1:24-cv-07696 |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | |
| | ) | Judge Sara L. Ellis |
| vs. | ) | Magistrate Judge M. David Weisman |
| | ) | |
| METHODE ELECTRONICS, INC., et al., | ) ) | |
| | ) | |
| Defendants. | ) ) | |
| | ) | |
| CITY OF CAPE CORAL MUNICIPAL GENERAL EMPLOYEES' RETIREMENT PLAN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Case No. 1:24-cv-09654 CLASS ACTION |
| | ) | |
| Plaintiff, | ) ) | Judge Robert W. Gettleman Magistrate Beth W. Jantz |
| | ) | |
| vs. | ) | |
| | ) | |
| METHODE ELECTRONICS, INC., et al., | ) ) | |
| | ) | |
| Defendants. | ) ) | |
| | ) | |

MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD
PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

City of Detroit General Retirement System, Genesee County Employees' Retirement System, and City of Monroe Employees' Retirement System's (collectively, the "Michigan Retirement Systems") move this Court for an Order pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a), consolidating the above-captioned related securities class actions, appointing the Michigan Retirement Systems as Lead Plaintiff, and approving their selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the class.[1]  In support of this Motion, the Michigan Retirement Systems submit a memorandum of law, a proposed order (submitted to the Court's proposed order inbox), and true and correct copies of the following exhibits:

Exhibit A:     Notice of pendency of first-filed class action published on *Globe Newswire* on August 26 2024;

Exhibit B:     The Michigan Retirement Systems' Sworn Certifications;

Exhibit C:     Estimate of the Michigan Retirement Systems' losses, prepared by counsel; and

Exhibit D:     The Michigan Retirement Systems' Joint Declaration.

DATED:  October 25, 2024

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (ILND-GB-5711)
MICHAEL ALBERT
KENNETH P. DOLITSKY

s/ Danielle S. Myers
DANIELLE S. MYERS

---

[1]     Counsel for the Michigan Retirement Systems are aware of this Court's meet and confer requirement; however, because the PSLRA permits any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff, 15 U.S.C. §78u-4(a)(3)(B)(i), the Michigan Retirement Systems cannot ascertain whether any other parties will also seek appointment as lead plaintiff until after the deadline expires on October 25, 2024.  Accordingly, the Michigan Retirement Systems' counsel respectfully requests that compliance with the meet and confer requirements be waived due to the fact that the Michigan Retirement Systems cannot confer with unknown movants.

- 1 -

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)
FRANK A. RICHTER (IL Bar # 6310011)
CAMERAN M. GILLIAM (IL Bar # 633723)
200 S. Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  630/696-4107
jbarz@rgrdlaw.com
frichter@rgrdlaw.com
cgilliam@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead
Plaintiff

VANOVERBEKE, MICHAUD
  & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
tmichaud@vmtlaw.com

ASHERKELLY
CYNTHIA J. BILLINGS-DUNN
25800 Northwestern Highway, Suite 1100
Southfield, MI  48075
Telephone:  248/746-2710
cbdunn@asherkellylaw.com

Additional Counsel