# EXHIBIT D

**JOINT DECLARATION IN SUPPORT OF LEAD PLAINTIFF MOTION**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1. We respectfully submit this Joint Declaration in support of the motion of City of Detroit General Retirement System ("Detroit General"), Genesee County Employees' Retirement System ("Genesee ERS"), and City of Monroe Employees' Retirement System's ("Monroe ERS") (collectively, the "Michigan Retirement Systems"), pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for appointment as Lead Plaintiff in the pending securities class actions on behalf of investors in common stock of Methode Electronics, Inc. ("Methode") and approval of the Michigan Retirement Systems' selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel.

2. I, Kevin Kenneally, am the Chief Investment Officer of Detroit General and am authorized to make this Declaration on its behalf. Detroit General is a public employee retirement system with more than $1 billion in assets under management operated for the benefit of thousands of participants, pensioners, and beneficiaries. As reflected in its Certification, Detroit General purchased thousands of shares of Methode common stock during the Class Period and suffered a substantial loss as a result of the alleged violation of the federal securities laws in this action.

3. I, Tracy Khan, am the Chair of Genesee ERS and am authorized to make this Declaration on its behalf. General ERS is a public employee retirement system with more than $400 million in assets under management operated for the benefit of thousands of participants, pensioners, and beneficiaries. As reflected in its Certification, Genesee ERS purchased thousands of shares of Methode common stock during the Class Period and suffered a substantial loss as a result of the alleged violation of the federal securities laws in this action.

- 1 -

4857-6847-4610.v1

4.      I, Lorie Holden, am the Chairwoman of Monroe ERS and am authorized to make this Declaration on its behalf.  Monroe ERS is a public employee retirement system with more than $150 million in assets under management operated for the benefit of thousands of participants, pensioners, and beneficiaries.  As reflected in its Certification, Monroe ERS purchased thousands of shares of Methode common stock during the Class Period and suffered a substantial loss as a result of the alleged violation of the federal securities laws in this action.

5.      Based on prior service in securities class action cases, we are informed of and understand the requirements and duties imposed by the PSLRA.  We each have personal knowledge about the information in this Joint Declaration relating to our own actions and the movant with which we are individually associated.

6.      In light of their significant financial interests in the relief sought by the class, the Michigan Retirement Systems believe that the securities class action claims against Methode should be led by dedicated and sophisticated institutional investors that are committed to maximizing  the recovery for all harmed investors.   The Michigan Retirement Systems are experienced institutional investors with pre-existing relationships and affiliations that suffered substantial losses in their investments in Methode common stock and thus have a common interest in seeking to recover their losses and those of the other class members through this litigation.

7.      The Michigan Retirement Systems' decision to seek appointment as lead plaintiff together was informed by a variety of factors, including the fact that they are Michigan-based city and county retirement systems in very close proximity to one another, our representatives regularly interact with  one  another  on  matters  related  to  Michigan pension funds (including through our membership, along with other Michigan pension funds, in the Michigan Association of Public Employee Retirement Systems, or MAPERS), and our many shared advisors (including our outside counsel and investment managers).  We, the

- 2 -

Docusign Envelope ID: 45FCADA2-8D7D-4196-0758-51AF45FEC2A4

undersigned, also have pre-existing relationships with one another as a result of our roles at our respective funds, and all three of us have experience overseeing securities litigation.

8. Before filing our motion, we participated in a joint conference call wherein we discussed the merits of this action, the status of the proceedings, the responsibilities of a lead plaintiff appointed pursuant to the PSLRA, the Michigan Retirement Systems' ability to work together and to jointly fill the lead plaintiff role, and efforts to facilitate future communication and collaboration.

9. During our conference call, we discussed our ability to effectively collaborate with one another and our intent to efficiently and diligently oversee this litigation for the benefit of the class of Methode investors. Based on our pre-existing relationships and prior experience serving in securities cases, we do not anticipate that any disagreements between us will arise. Nonetheless, we agreed to make good faith efforts to reach consensus with respect to all litigation decisions and, in the highly unlikely event that a disagreement arises, we agree to resolve such disagreement by a simple majority vote, in which Detroit General, Genesee ERS, and Monroe ERS each possesses one vote (for a total of three votes).

10. The Michigan Retirement Systems understand and appreciate the Lead Plaintiff's obligation under the PSLRA to select qualified and experienced Lead Counsel and to monitor this action to ensure it is prosecuted efficiently. Here, the Michigan Retirement Systems have fulfilled this responsibility by selecting Lead Counsel with a proven history of handling this type of complex litigation. In this case, the Michigan Retirement Systems selected Robbins Geller to serve as Lead Counsel. Based on the Michigan Retirement Systems' work with Robbins Geller in prior litigation, as well as the Firm's experience in achieving substantial recoveries in securities cases, the Michigan Retirement Systems believe that Robbins Geller is well-qualified to jointly represent them as lead plaintiff and the class. The Michigan Retirement

- 3 -

4857-6847-4610.v1

Systems understand that Robbins Geller is particularly well-suited to represent them and the class because Robbins Geller investigated and filed the initial complaint in this matter.

11.    Robbins Geller has been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the investor class.    The Michigan Retirement Systems will continue to supervise counsel and actively oversee the prosecution of the action for the benefit of the class of investors by, among other things, having personnel of Detroit General, Genesee ERS, and Monroe ERS  review pleadings, monitor the litigation and significant developments, instruct counsel, attend hearings as warranted,  and  oversee  any  future  resolution-oriented  discussions  or  negotiations.    As  our Certifications attest, we will participate in discovery and trial as necessary.

12.    Based on the prior collaborative efforts of our respective funds, we believe our service as Lead Plaintiff, if approved by the Court, and oversight of Robbins Geller will result in an optimal recovery for the putative class.    And, as we have already done, we will continue  to communicate  with  each  other  and  provide  guidance,  insight,  and  direction  to Robbins Geller on major litigation events.

4857-6847-4610.v1

- 5 -

I, Kevin Kenneally, declare under penalty of perjury that the foregoing is true and correct.

Executed this 25 day of October, 2024.

> Signed by:

*Kevin Kenneally*

66CB2A7892FA4F7...

(signature)
Kevin Kenneally
Chief Investment Officer
City of Detroit General Retirement System

4857-6847-4610.v1

Docusign Envelope ID: 45FCADA2-8D7D-4196-9758-51AF45EEC2A4

I, Tracy Khan, declare under penalty of perjury that the foregoing is true and correct. Executed this 25 day of October, 2024.

Signed by:

Tracy Khan

4AF29973DCF24AC...

(signature)
Tracy Khan
Chair
Genesee County Employees' Retirement System

- 6 -

I, Lorie Holden, declare under penalty of perjury that the foregoing is true and correct.  Executed this 25 day of October, 2024.

Signed by:

Lorie Holden

50120B1BE99D4C0...

(signature)
Lorie Holden
Chairwoman
City of Monroe Employees' Retirement System

- 7 -

4857-6847-4610.v1