# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARIE SALEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>METHODE ELECTRONICS, INC., DONALD W. DUDA, and RONALD L.G. TSOUMAS,<br><br>Defendants. | Case No. 1:24-cv-07696<br><br>District Judge Sara L. Ellis<br><br>Magistrate Judge M. David Weisman |
| CITY OF CAPE CORAL MUNICIPAL GENERAL EMPLOYEES' RETIREMENT PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>METHODE ELECTRONICS, INC., DONALD W. DUDA, RONALD L.G. TSOUMAS, and JOSEPH KHOURY,<br><br>Defendants. | Case No. 1:24-cv-09654<br><br>District Judge Robert W. Gettleman<br><br>Magistrate Judge Beth W. Jantz |

**NOTICE OF WITHDRAWAL OF THE PENSION FUNDS' MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

On October 25, 2024, Lead Plaintiff Movants City of Cape Coral Municipal General Employees' Retirement Plan, Michigan Electrical Employees' Pension Fund, and Allegheny County Employees' Retirement System (together, the "Pension Funds") timely filed a motion pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), seeking: (1) consolidation of the above-captioned actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; (2) appointment of the Pension Funds as Lead Plaintiff; (3) approval of the Pension Funds' selection of Kessler Topaz Meltzer & Check, LLP and Bernstein Litowitz Berger & Grossmann LLP as Lead Counsel for the class; and (4) such other and further relief as the Court may deem just and proper (ECF No. 14, the "Motion").

The PSLRA provides that in selecting a Lead Plaintiff, courts shall adopt a presumption that the movant or group of movants that asserts the largest financial interest in the relief sought by the class and otherwise satisfies the relevant requirements of Rule 23 of the Federal Rules of Civil Procedure is the "most adequate plaintiff" to represent the class. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii). As set forth in the memorandum of law in support of the Motion, the Pension Funds suffered substantial losses of approximately $492,573 on a last-in, first-out basis in connection with their transactions in Methode Electronics, Inc. common stock between December 2, 2021, and March 6, 2024, inclusive, and are otherwise adequate and typical in all respects. *See* ECF No. 16 at 8-12.

Based upon the representations made by the competing movants, it appears that the Pension Funds do not possess the largest financial interest in this litigation. As such, the Pension Funds hereby withdraw the Motion. This withdrawal is submitted without prejudice to the Pension Funds' rights to participate in this litigation or share in any recovery from the resolution of this litigation through settlement, judgment, or otherwise.

1

Dated: October 30, 2024

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**

*/s/ Avi Josefson*
Avi Josefson (Bar No. 672453)
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 373-3880
Facsimile: (312) 794-7801
avi@blbglaw.com

and

Hannah Ross
Scott R. Foglietta
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
hannah@blbglaw.com
scott.foglietta@blbglaw.com

**KESSLER TOPAZ MELTZER
 & CHECK, LLP**
Naumon A. Amjed
Darren J. Check
Ryan T. Degnan
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
dcheck@ktmc.com
rdegnan@ktmc.com

*Counsel for the Pension Funds*

2