UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| MARIE SALEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 1:24-cv-07696 |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | Judge Sara L. Ellis Magistrate Judge M. David Weisman |
| METHODE ELECTRONICS, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |
| CITY OF CAPE CORAL MUNICIPAL GENERAL EMPLOYEES' RETIREMENT PLAN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Case No. 1:24-cv-09654 |
| Plaintiff, | ) ) ) | CLASS ACTION Judge Robert W. Gettleman Magistrate Beth W. Jantz |
| vs. | ) ) | |
| METHODE ELECTRONICS, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

DECLARATION OF DANIELLE S. MYERS IN SUPPORT OF MOTION FOR
CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND
APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

4880-6488-0630.v1

I, DANIELLE S. MYERS, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel for City of Detroit General Retirement System, Genesee County Employees' Retirement System, and City of Monroe Employees' Retirement System (collectively, the "Michigan Retirement Systems") and proposed lead counsel for the class in the above-captioned action.  I make this declaration in support of the Michigan Retirement Systems' Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached is a true and correct copy of the following exhibit:

Exhibit 1:      Genesee County Employees' Retirement System's Certification with Schedule A reflecting transactions in the class period alleged in the *City of Cape Coral Mun. Gen. Emps.' Ret. Plan v. Methode Elecs., Inc.*, No. 1:24-cv-09654 (N.D. Ill.) action.

3.      The transactions reflected in Exhibit 1 were included in the Michigan Retirement Systems' financial interest representation (ECF 28 at 4) and chart of loss calculations (ECF 26-3) filed in connection with their lead plaintiff motion.  Accordingly, the Michigan Retirement Systems' loss remains $812,788.57 and is unaffected by Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 4th day of November, 2024.

s/ Danielle S. Myers
DANIELLE S. MYERS

- 1 -

4880-6488-0630.v1