# EXHIBIT 1

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Genesee County Employees' Retirement System ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action: *See* attached Schedule A.

5. (a) Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*In re Kornit Digital Ltd. Sec. Litig.,* No. 2:23-cv-00888 (D.N.J.)
*Naclerio v. DocGo Inc.,* No. 1:23-cv-09476 (S.D.N.Y.)
*Genesee County Employees' Retirement System v. Driven Brands Holdings Inc.,* No. 3:23-cv-00895 (W.D.N.C.)

(b) Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Genesee County Employees' Retirement System v. FirstCash Holdings, Inc.*, No. 4:22-cv-00033 (N.D. Tex.)
*In re Doximity, Inc. Sec. Litig.,* No. 4:24-cv-02281 (N.D. Cal.)

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

METHODE

Docusign Envelope ID: 7E94A572-2841-4302-8452-545CB497FB4F

- 2 -

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this **4** day of November, 2024.

Genesee County Employees' Retirement System

By: _Tracy Khan_ _____
4AF29973DCF24AC...
Tracy Khan, Chairperson

- 2 -

METHODE

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 03/24/2022 | 1 | $42.24 |
| 03/24/2022 | 40 | $42.55 |
| 03/25/2022 | 13 | $42.24 |
| 03/28/2022 | 68 | $42.22 |
| 03/28/2022 | 136 | $42.18 |
| 03/30/2022 | 224 | $42.99 |
| 03/31/2022 | 449 | $43.20 |
| 04/01/2022 | 166 | $42.72 |
| 04/01/2022 | 273 | $42.86 |
| 04/04/2022 | 277 | $42.97 |
| 04/05/2022 | 350 | $42.72 |
| 04/06/2022 | 437 | $42.70 |
| 04/07/2022 | 588 | $42.61 |
| 04/07/2022 | 643 | $42.75 |
| 04/08/2022 | 333 | $43.45 |
| 04/11/2022 | 514 | $43.50 |
| 04/12/2022 | 143 | $44.00 |
| 04/13/2022 | 60 | $43.99 |
| 04/14/2022 | 203 | $44.66 |
| 04/18/2022 | 9 | $44.96 |
| 04/21/2022 | 237 | $46.59 |
| 04/22/2022 | 367 | $45.77 |
| 04/25/2022 | 29 | $44.64 |
| 04/25/2022 | 382 | $44.95 |
| 04/26/2022 | 54 | $44.35 |
| 04/26/2022 | 93 | $45.00 |
| 04/26/2022 | 287 | $44.33 |
| 12/16/2022 | 22 | $44.24 |
| 12/16/2022 | 93 | $43.96 |
| 12/19/2022 | 1,016 | $43.70 |
| 12/20/2022 | 27 | $44.26 |
| 12/21/2022 | 22 | $45.07 |
| 12/22/2022 | 84 | $43.86 |
| 12/23/2022 | 9 | $44.36 |
| 12/27/2022 | 82 | $45.16 |
| 12/27/2022 | 386 | $45.09 |
| 12/28/2022 | 61 | $44.77 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 05/04/2023 | 33 | $39.82 |
| 12/22/2023 | 21 | $22.56 |

Prices listed are rounded up to two decimal places.