UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| MARIE SALEM, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>METHODE ELECTRONICS, INC., DONALD W. DUDA, and RONALD L.G. TSOUMAS,<br><br>    Defendants. | Case No. 1:24-cv-07696<br><br><u>CLASS ACTION</u> |
| CITY OF CAPE CORAL MUNICIPAL GENERAL EMPLOYEES' RETIREMENT PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>METHODE ELECTRONICS, INC., DONALD W. DUDA, RONALD L.G. TSOUMAS, and JOSEPH KHOURY,<br><br>    Defendants. | Case No. 1:24-cv-09654<br><br><u>CLASS ACTION</u> |

**DECLARATION OF JAMES M. WILSON, JR. IN SUPPORT OF DEKALB COUNTY PENSION FUND'S MEMORANDUM OF LAW IN OPPOSITION TO THE COMPETING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, James M. Wilson, Jr., declare as follows:

1.    I am a member in good standing of the bar of the State of New York and am admitted *pro hac vice* in this Court. I am a partner of the law firm of Faruqi & Faruqi, LLP. I submit this declaration in support of the memorandum of law filed by DeKalb County Pension Fund ("DeKalb") in opposition to the competing motion for appointment as lead plaintiff and approval of lead counsel. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2.    Attached as Exhibits A through E are true and correct copies of the following documents:

Exhibit A:    Genesee's PSLRA Certification (dated Oct. 10, 2024), ECF No. 26-2

Exhibit B:    Loss Chart reflecting Genesee transactions that were reported on Oct. 25, 2024 prepared by Counsel for DeKalb

Exhibit C:    Loss Chart of the Michigan Group filed on Oct. 25, 2024, ECF No. 26-3

Exhibit D:    Genesee's corrected PSLRA Certification, with cover Declaration of Danielle S. Myers (filed Nov. 4, 2024), ECF Nos. 40 & 40-1

Exhibit E:    *First Trust Investor Group v. First Trust Advisors LP*, No. 08 C 5213, Order (N.D. Ill. Jan. 15, 2009), ECF No. 77

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of November 2024 at New York, New York.

*/s/ James M. Wilson, Jr.*
James M. Wilson, Jr.

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed on November 26, 2024 with the Clerk of the Court using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

By:    */s/ James M. Wilson, Jr.*
James M. Wilson, Jr.

2