# EXHIBIT A

# EXHIBIT B

Case: 1:24-cv-00769-96 Document #: 436-12 Filed: 11/25/24 Page 2 of 10 PageID #:2913

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

City of Detroit General Retirement System ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action: *See* attached Schedule A.

5. (a) Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Rammohan v. Stanley Black & Decker, Inc.*, No. 3:23-cv-00369 (D. Conn.)

(b) Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*City of Fort Lauderdale Police and Firefighters' Retirement System v. Pegasystems Inc.*, No. 1:22-cv-11220 (D. Mass.)
*In re AT&T Inc. Sec. Litig.,* No. 2:23-cv-04064 (D.N.J.)
*General Retirement System of the City of Detroit v. Verizon Communications, Inc.*, No. 3:23-cv-05218 (D.N.J.)
*Vazquez v. Masimo Corporation*, No. 3:23-cv-01546 (S.D. Cal.)

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

METHODE

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _16_ day of _OCTOBER_, 2024.

City of Detroit General Retirement System

By: _____

Its: _Executive Director_

- 2 -

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 03/24/2022 | 2 | $42.24 |
| 03/24/2022 | 76 | $42.55 |
| 03/25/2022 | 25 | $42.24 |
| 03/28/2022 | 129 | $42.22 |
| 03/28/2022 | 259 | $42.18 |
| 03/30/2022 | 424 | $42.99 |
| 03/31/2022 | 851 | $43.20 |
| 04/01/2022 | 313 | $42.72 |
| 04/01/2022 | 516 | $42.86 |
| 04/04/2022 | 524 | $42.97 |
| 04/05/2022 | 664 | $42.72 |
| 04/06/2022 | 829 | $42.70 |
| 04/07/2022 | 1,112 | $42.61 |
| 04/07/2022 | 1,219 | $42.75 |
| 04/08/2022 | 632 | $43.45 |
| 04/11/2022 | 975 | $43.50 |
| 04/12/2022 | 271 | $44.00 |
| 04/13/2022 | 114 | $43.99 |
| 04/14/2022 | 385 | $44.66 |
| 04/18/2022 | 17 | $44.96 |
| 04/21/2022 | 449 | $46.59 |
| 04/22/2022 | 695 | $45.77 |
| 04/25/2022 | 54 | $44.64 |
| 04/25/2022 | 725 | $44.95 |
| 04/26/2022 | 102 | $44.35 |
| 04/26/2022 | 177 | $45.00 |
| 04/26/2022 | 544 | $44.33 |
| 12/16/2022 | 43 | $44.24 |
| 12/16/2022 | 185 | $43.96 |
| 12/19/2022 | 2,016 | $43.70 |
| 12/20/2022 | 54 | $44.26 |
| 12/21/2022 | 44 | $45.07 |
| 12/22/2022 | 168 | $43.86 |
| 12/23/2022 | 17 | $44.36 |
| 12/27/2022 | 163 | $45.16 |
| 12/27/2022 | 766 | $45.09 |
| 12/28/2022 | 120 | $44.77 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 06/07/2023 | 284 | $45.96 |

Prices listed are rounded up to two decimal places.

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Genesee County Employees' Retirement System ("Plaintiff") declares:

1.     Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.     Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.     Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.     Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.     (a)     Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*In re Kornit Digital Ltd. Sec. Litig.*, No. 2:23-cv-00888 (D.N.J.)
*Naclerio v. DocGo Inc.*, No. 1:23-cv-09476 (S.D.N.Y.)
*Genesee County Employees' Retirement System v. Driven Brands Holdings Inc.*, No. 3:23-cv-00895 (W.D.N.C.)

(b)     Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Genesee County Employees' Retirement System v. FirstCash Holdings, Inc.*, No. 4:22-cv-00033 (N.D. Tex.)
*In re Doximity, Inc. Sec. Litig.*, No. 4:24-cv-02281 (N.D. Cal.)

6.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

METHODE

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ 10 ___ day of ___October___ , 2024.

Genesee County Employees' Retirement System

By: _____

Its: _____

- 2 -

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date<br>Acquired | Amount of<br>Shares Acquired | Price |
|---|---|---|
| 12/16/2022 | 22 | $44.24 |
| 12/16/2022 | 93 | $43.96 |
| 12/19/2022 | 1,016 | $43.70 |
| 12/20/2022 | 27 | $44.26 |
| 12/21/2022 | 22 | $45.07 |
| 12/22/2022 | 84 | $43.86 |
| 12/23/2022 | 9 | $44.36 |
| 12/27/2022 | 82 | $45.16 |
| 12/27/2022 | 386 | $45.09 |
| 12/28/2022 | 61 | $44.77 |

| Date<br>Disposed | Amount of<br>Shares Disposed | Price |
|---|---|---|
| 05/04/2023 | 33 | $39.82 |
| 12/22/2023 | 21 | $22.56 |

Prices listed are rounded up to two decimal places.

*Opening position of 6,376 shares.

Docusign Envelope ID: D13D0E6C-5F93-473B-9945-DE7303D60858

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

City of Monroe Employees' Retirement System ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ⟨17⟩ day of October, 2024.

City of Monroe Employees' Retirement System

By: _____

Lorie Holden, Chairwoman

Docusign Envelope ID: D13D0E6C-5F93-473B-8945-DE7303D60858

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 03/24/2022 | 17 | $42.55 |
| 03/25/2022 | 5 | $42.24 |
| 03/28/2022 | 29 | $42.22 |
| 03/28/2022 | 60 | $42.18 |
| 03/30/2022 | 97 | $42.99 |
| 03/31/2022 | 194 | $43.20 |
| 04/01/2022 | 72 | $42.72 |
| 04/01/2022 | 118 | $42.86 |
| 04/04/2022 | 120 | $42.97 |
| 04/05/2022 | 152 | $42.72 |
| 04/06/2022 | 189 | $42.70 |
| 04/07/2022 | 254 | $42.61 |
| 04/07/2022 | 278 | $42.75 |
| 04/08/2022 | 144 | $43.45 |
| 04/11/2022 | 222 | $43.50 |
| 04/12/2022 | 62 | $44.00 |
| 04/13/2022 | 26 | $43.99 |
| 04/14/2022 | 88 | $44.66 |
| 04/18/2022 | 4 | $44.96 |
| 04/21/2022 | 102 | $46.59 |
| 04/22/2022 | 159 | $45.77 |
| 04/25/2022 | 12 | $44.64 |
| 04/25/2022 | 165 | $44.95 |
| 04/26/2022 | 23 | $44.35 |
| 04/26/2022 | 40 | $45.00 |
| 04/26/2022 | 125 | $44.33 |
| 10/13/2022 | 101 | $36.21 |
| 12/16/2022 | 9 | $44.24 |
| 12/16/2022 | 38 | $43.96 |
| 12/19/2022 | 409 | $43.70 |
| 12/20/2022 | 11 | $44.26 |
| 12/21/2022 | 9 | $45.07 |
| 12/22/2022 | 34 | $43.86 |
| 12/23/2022 | 3 | $44.36 |
| 12/27/2022 | 33 | $45.16 |
| 12/27/2022 | 156 | $45.09 |
| 12/28/2022 | 24 | $44.77 |
| 07/12/2023 | 106 | $33.64 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 08/22/2022 | 160 | $41.66 |
| 11/17/2022 | 187 | $44.04 |
| 02/16/2023 | 176 | $49.62 |
| 01/18/2024 | 100 | $20.41 |
| 02/22/2024 | 57 | $21.31 |

Prices listed are rounded up to two decimal places.