# EXHIBIT B

**Losses in:** Methode Electronics, Inc.

**90-Day Price:** $12.10

**Class Period:** December 2, 2021 - March 6, 2024

**Investor:** Genesee County Employees Retirement System

Robbins, Geller, Rudman & Dowd, LLP



| | OPEN TRANSACTIONS | | | | | | | CLOSE TRANSACTIONS | | | | | MATCHED GAIN/(LOSS) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transaction | Security | Date | Units | Price | Cost | | Transaction | Security | Date | Units | Price | Proceeds | |
| | | | | | | | | | **Beginning of Class Period:** | | | | December 2, 2021 |
| Purchase | Common Stock | 12/16/2022 | (22) | $44.2400 | ($973.28) | Remainder | | | | | | | |
| Purchase | Common Stock | 12/16/2022 | (93) | $43.9600 | ($4,088.28) | | | | | | | | |
| Purchase | Common Stock | 12/19/2022 | (1,016) | $43.7000 | ($44,399.20) | | | | | | | | |
| Purchase | Common Stock | 12/20/2022 | (27) | $44.2600 | ($1,195.02) | | | | | | | | |
| Purchase | Common Stock | 12/21/2022 | (22) | $45.0700 | ($991.54) | | | | | | | | |
| Purchase | Common Stock | 12/22/2022 | (84) | $43.8600 | ($3,684.24) | | | | | | | | |
| Purchase | Common Stock | 12/23/2022 | (9) | $44.3600 | ($399.24) | | | | | | | | |
| Purchase | Common Stock | 12/27/2022 | (82) | $45.1600 | ($3,703.12) | | | | | | | | |
| Purchase | Common Stock | 12/27/2022 | (386) | $45.0900 | ($17,404.74) | | | | | | | | |
| Purchase | Common Stock | 12/28/2022 | (61) | $44.7700 | ($2,730.97) | (7) | | | | | | | |
| | | | | | | | Sold | Common Stock | 5/4/2023 | 33 | $39.8200 | $1,314.06 | |
| | | | | | | | Sold | Common Stock | 12/22/2023 | 21 | $22.5600 | $473.76 | ($629.76) |
| | | | | | | | | | **End of Class Period:** | | | | March 6, 2024 |
| | | | | | | | Sold | Common Stock | 3/12/2024 | 214 | $13.8900 | $2,972.46 | $13.8900 |
| | | | | | | | Sold | Common Stock | 3/13/2024 | 38 | $13.7400 | $522.12 | $13.7440 |
| | | | | | | | Sold | Common Stock | 3/13/2024 | 89 | $13.7400 | $1,222.86 | $13.7440 |
| | | | | | | | Sold | Common Stock | 3/14/2024 | 368 | $13.5400 | $4,982.72 | $13.5400 |
| | | | | | | | Sold | Common Stock | 3/15/2024 | 176 | $13.3900 | $2,356.64 | $13.3943 |
| | | | | | | | Sold | Common Stock | 3/18/2024 | 142 | $13.1700 | $1,870.14 | $13.1738 |
| | | | | | | 1,505 | Sold | Common Stock | 3/18/2024 | 2,226 | $13.1700 | $29,316.42 | $13.1738 ($53,729.54) |
| | | | | | | | Sold | Common Stock | 3/19/2024 | 716 | $13.0400 | $9,336.64 | $13.0433 |
| | | | | | | | Sold | Common Stock | 3/19/2024 | 4,155 | $13.0400 | $54,181.20 | $13.0433 |
| | | | | | | | | | **Lookback Price:** | | $12.10 | | $0.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Class Period Common Stock Purchases | (1,802) | Total Costs | ($79,569.63) | | | Class Period Common Stock Sales | 54 | Total Sales | $1,787.82 | **MATCHED GAIN/(LOSS)*** | ($629.76) |
| | | | | | | | Shares Held Post-Class Period | (1,748) | | | **UNMATCHED GAIN/(LOSS) (Look-Back)**** | ($53,729.54) |
| | | | | | | | | | | | **Total Loss** | ($54,359.30) |

| MEI - Genesee County Employees - Lax Factors | |
|---|---|
| Total Shares Purchased | 1,802 |
| Net Shares Purchased | 1,748 |
| Net Funds Expended | $77,781.81 |
| Approximate DURA LIFO Loss | $53,729.54 |
| Approximate LIFO Loss | $54,359.30 |

*LIFO calculates losses by assuming the first stocks to be sold are the stocks purchased most recently prior to that sale. These transactions are matched together by quantity purchased/sold in order to determine the gain/loss from the transactions, which is done by subtracting the proceeds of sale from the cost basis of purchase

**Under a LIFO calculation, unmatched purchased shares retained at the end of the the Class Period (those which are not offset by matching sales) are matched against a value equal to the 90-day post-Class Period average price. See 15 U.S.C. § 78u-4(e). Here, the unmatched loss is calculated by subtracting the value of the shares held at the end of the Class Period (i.e., the number of shares held multiplied by the 90-day average) from the cost basis of those shares.