# EXHIBIT C

# EXHIBIT C

Movants' Purchases and Losses

Class Period: 12/02/2021 - 03/06/2024

Methode Electronics

| Name | Date | Shares Acquired | Price | Total Cost | Date* | Shares Disposed | Price | Total Proceeds | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| **City of Detroit General Retirement System** | 03/24/2022 | 2 | $42.24 | $84.48 | 06/07/2023 | 284 | $45.96 | $13,051.96 | |
| | 03/24/2022 | 76 | $42.55 | $3,233.80 | 03/12/2024 | 406 | $13.89 | $5,639.34 | |
| | 03/25/2022 | 25 | $42.24 | $1,055.88 | 03/13/2024 | 72 | $13.74 | $989.57 | |
| | 03/28/2022 | 129 | $42.22 | $5,446.44 | 03/13/2024 | 168 | $13.74 | $2,308.99 | |
| | 03/28/2022 | 259 | $42.18 | $10,924.52 | 03/14/2024 | 696 | $13.54 | $9,423.84 | |
| | 03/30/2022 | 424 | $42.99 | $18,229.33 | 03/15/2024 | 332 | $13.39 | $4,446.91 | |
| | 03/31/2022 | 851 | $43.20 | $36,764.31 | 03/18/2024 | 270 | $13.17 | $3,556.93 | |
| | 04/01/2022 | 313 | $42.72 | $13,371.39 | 03/18/2024 | 4,212 | $13.17 | $55,488.05 | |
| | 04/01/2022 | 516 | $42.86 | $22,116.12 | 03/19/2024 | 1,355 | $13.04 | $17,673.67 | |
| | 04/04/2022 | 524 | $42.97 | $22,515.97 | 03/19/2024 | 7,864 | $13.04 | $102,572.51 | |
| | 04/05/2022 | 664 | $42.72 | $28,364.15 | | | | | |
| | 04/06/2022 | 829 | $42.70 | $35,397.14 | | | | | |
| | 04/07/2022 | 1,112 | $42.61 | $47,380.32 | | | | | |
| | 04/07/2022 | 1,219 | $42.75 | $52,108.96 | | | | | |
| | 04/08/2022 | 632 | $43.45 | $27,462.61 | | | | | |
| | 04/11/2022 | 975 | $43.50 | $42,411.82 | | | | | |
| | 04/12/2022 | 271 | $44.00 | $11,923.86 | | | | | |
| | 04/13/2022 | 114 | $43.99 | $5,015.12 | | | | | |
| | 04/14/2022 | 385 | $44.66 | $17,195.49 | | | | | |
| | 04/18/2022 | 17 | $44.96 | $764.35 | | | | | |
| | 04/21/2022 | 449 | $46.59 | $20,920.75 | | | | | |
| | 04/22/2022 | 695 | $45.77 | $31,808.07 | | | | | |
| | 04/25/2022 | 54 | $44.64 | $2,410.56 | | | | | |
| | 04/25/2022 | 725 | $44.95 | $32,589.04 | | | | | |
| | 04/26/2022 | 102 | $44.35 | $4,523.19 | | | | | |
| | 04/26/2022 | 177 | $45.00 | $7,964.12 | | | | | |
| | 04/26/2022 | 544 | $44.33 | $24,112.85 | | | | | |
| | 12/16/2022 | 43 | $44.24 | $1,902.47 | | | | | |
| | 12/16/2022 | 185 | $43.96 | $8,131.68 | | | | | |
| | 12/19/2022 | 2,016 | $43.70 | $88,109.08 | | | | | |
| | 12/20/2022 | 54 | $44.26 | $2,389.78 | | | | | |
| | 12/21/2022 | 44 | $45.07 | $1,983.08 | | | | | |
| | 12/22/2022 | 168 | $43.86 | $7,368.51 | | | | | |
| | 12/23/2022 | 17 | $44.36 | $754.20 | | | | | |
| | 12/27/2022 | 163 | $45.16 | $7,361.39 | | | | | |
| | 12/27/2022 | 766 | $45.09 | $34,542.16 | | | | | |
| | 12/28/2022 | 120 | $44.77 | $5,372.09 | | | | | |
| | | **15,659** | | **$684,009.07** | | **15,659** | | **$215,151.76** | **($468,857.31)** |
| **Genesee County Employees' Retirement System** | 03/24/2022 | 1 | $42.24 | $42.24 | 05/04/2023 | 33 | $39.82 | $1,314.09 | |
| | 03/24/2022 | 40 | $42.55 | $1,702.00 | 12/22/2023 | 21 | $22.56 | $473.76 | |
| | 03/25/2022 | 13 | $42.24 | $549.06 | 03/12/2024 | 214 | $13.89 | $2,972.46 | |
| | 03/28/2022 | 68 | $42.22 | $2,870.99 | 03/13/2024 | 38 | $13.74 | $522.27 | |
| | 03/28/2022 | 136 | $42.18 | $5,736.43 | 03/13/2024 | 89 | $13.74 | $1,223.22 | |
| | 03/30/2022 | 224 | $42.99 | $9,630.59 | 03/14/2024 | 368 | $13.54 | $4,982.72 | |
| | 03/31/2022 | 449 | $43.20 | $19,397.38 | 03/15/2024 | 176 | $13.39 | $2,357.40 | |
| | 04/01/2022 | 166 | $42.72 | $7,091.54 | 03/18/2024 | 142 | $13.17 | $1,870.68 | |
| | 04/01/2022 | 273 | $42.86 | $11,700.97 | 03/18/2024 | 2,226 | $13.17 | $29,324.88 | |

| | 04/04/2022 | 277 | $42.97 | $11,902.52 | 03/19/2024 | 716 | $13.04 | $9,339.00 | |
|---|---|---|---|---|---|---|---|---|---|
| | 04/05/2022 | 350 | $42.72 | $14,950.99 | 03/19/2024 | 4,155 | $13.04 | $54,194.91 | |
| | 04/06/2022 | 437 | $42.70 | $18,659.29 | | | | | |
| | 04/07/2022 | 588 | $42.61 | $25,053.62 | | | | | |
| | 04/07/2022 | 643 | $42.75 | $27,486.51 | | | | | |
| | 04/08/2022 | 333 | $43.45 | $14,470.02 | | | | | |
| | 04/11/2022 | 514 | $43.50 | $22,358.64 | | | | | |
| | 04/12/2022 | 143 | $44.00 | $6,291.93 | | | | | |
| | 04/13/2022 | 60 | $43.99 | $2,639.54 | | | | | |
| | 04/14/2022 | 203 | $44.66 | $9,066.71 | | | | | |
| | 04/18/2022 | 9 | $44.96 | $404.65 | | | | | |
| | 04/21/2022 | 237 | $46.59 | $11,042.80 | | | | | |
| | 04/22/2022 | 367 | $45.77 | $16,796.49 | | | | | |
| | 04/25/2022 | 29 | $44.64 | $1,294.56 | | | | | |
| | 04/25/2022 | 382 | $44.95 | $17,171.05 | | | | | |
| | 04/26/2022 | 54 | $44.35 | $2,394.63 | | | | | |
| | 04/26/2022 | 93 | $45.00 | $4,184.54 | | | | | |
| | 04/26/2022 | 287 | $44.33 | $12,721.30 | | | | | |
| | 12/16/2022 | 22 | $44.24 | $973.36 | | | | | |
| | 12/16/2022 | 93 | $43.96 | $4,087.82 | | | | | |
| | 12/19/2022 | 1,016 | $43.70 | $44,404.18 | | | | | |
| | 12/20/2022 | 27 | $44.26 | $1,194.89 | | | | | |
| | 12/21/2022 | 22 | $45.07 | $991.54 | | | | | |
| | 12/22/2022 | 84 | $43.86 | $3,684.26 | | | | | |
| | 12/23/2022 | 9 | $44.36 | $399.28 | | | | | |
| | 12/27/2022 | 82 | $45.16 | $3,703.28 | | | | | |
| | 12/27/2022 | 386 | $45.09 | $17,406.36 | | | | | |
| | 12/28/2022 | 61 | $44.77 | $2,730.81 | | | | | |
| | | **8,178** | | **$357,186.76** | | **8,178** | | **$108,575.39** | **($248,611.37)** |
| **City of Monroe Employees' Retirement System** | 03/24/2022 | 17 | $42.55 | $723.35 | 08/22/2022 | 160 | $41.66 | $6,666.29 | |
| | 03/25/2022 | 5 | $42.24 | $211.18 | 11/17/2022 | 187 | $44.04 | $8,235.69 | |
| | 03/28/2022 | 29 | $42.22 | $1,224.39 | 02/16/2023 | 176 | $49.62 | $8,732.29 | |
| | 03/28/2022 | 60 | $42.18 | $2,530.78 | 01/18/2024 | 100 | $20.41 | $2,041.00 | |
| | 03/30/2022 | 97 | $42.99 | $4,170.39 | 02/22/2024 | 57 | $21.31 | $1,214.67 | |
| | 03/31/2022 | 194 | $43.20 | $8,381.05 | 03/12/2024 | 79 | $13.89 | $1,097.31 | |
| | 04/01/2022 | 72 | $42.72 | $3,075.85 | 03/13/2024 | 14 | $13.74 | $192.42 | |
| | 04/01/2022 | 118 | $42.86 | $5,057.56 | 03/13/2024 | 33 | $13.74 | $453.55 | |
| | 04/04/2022 | 120 | $42.97 | $5,156.33 | 03/14/2024 | 136 | $13.54 | $1,841.44 | |
| | 04/05/2022 | 152 | $42.72 | $6,493.00 | 05/21/2024 | 2,748 | $12.20 | $33,527.25 | |
| | 04/06/2022 | 189 | $42.70 | $8,070.04 | | | | | |
| | 04/07/2022 | 254 | $42.61 | $10,822.48 | | | | | |
| | 04/07/2022 | 278 | $42.75 | $11,883.75 | | | | | |
| | 04/08/2022 | 144 | $43.45 | $6,257.30 | | | | | |
| | 04/11/2022 | 222 | $43.50 | $9,656.84 | | | | | |
| | 04/12/2022 | 62 | $44.00 | $2,727.97 | | | | | |
| | 04/13/2022 | 26 | $43.99 | $1,143.80 | | | | | |
| | 04/14/2022 | 88 | $44.66 | $3,930.40 | | | | | |
| | 04/18/2022 | 4 | $44.96 | $179.85 | | | | | |
| | 04/21/2022 | 102 | $46.59 | $4,752.60 | | | | | |

| 04/22/2022 | 159 | $45.77 | $7,276.95 | | | |
|---|---|---|---|---|---|---|
| 04/25/2022 | 12 | $44.64 | $535.68 | | | |
| 04/25/2022 | 165 | $44.95 | $7,416.82 | | | |
| 04/26/2022 | 23 | $44.35 | $1,019.94 | | | |
| 04/26/2022 | 40 | $45.00 | $1,799.80 | | | |
| 04/26/2022 | 125 | $44.33 | $5,540.64 | | | |
| 10/13/2022 | 101 | $36.21 | $3,657.21 | | | |
| 12/16/2022 | 9 | $44.24 | $398.19 | | | |
| 12/16/2022 | 38 | $43.96 | $1,670.29 | | | |
| 12/19/2022 | 409 | $43.70 | $17,875.30 | | | |
| 12/20/2022 | 11 | $44.26 | $486.81 | | | |
| 12/21/2022 | 9 | $45.07 | $405.63 | | | |
| 12/22/2022 | 34 | $43.86 | $1,491.25 | | | |
| 12/23/2022 | 3 | $44.36 | $133.09 | | | |
| 12/27/2022 | 33 | $45.16 | $1,490.34 | | | |
| 12/27/2022 | 156 | $45.09 | $7,034.70 | | | |
| 12/28/2022 | 24 | $44.77 | $1,074.42 | | | |
| 07/12/2023 | 106 | $33.64 | $3,565.84 | | | |
| | **3,690** | | **$159,321.79** | **3,690** | **$64,001.90** | **($95,319.89)** |
| **Movants' Total** | | **27,527** | **$1,200,517.62** | **27,527** | **$387,729.05** | **($812,788.57)** |

*For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.

Prices listed are rounded up to two decimal places.