# EXHIBIT D

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| MARIE SALEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 1:24-cv-07696 |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | Judge Sara L. Ellis Magistrate Judge M. David Weisman |
| METHODE ELECTRONICS, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |
| CITY OF CAPE CORAL MUNICIPAL GENERAL EMPLOYEES' RETIREMENT PLAN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | Case No. 1:24-cv-09654 CLASS ACTION |
| Plaintiff, | ) ) ) | Judge Robert W. Gettleman Magistrate Beth W. Jantz |
| vs. | ) ) | |
| METHODE ELECTRONICS, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

DECLARATION OF DANIELLE S. MYERS IN SUPPORT OF MOTION FOR
CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND
APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

4880-6488-0630.v1

I, DANIELLE S. MYERS, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel for City of Detroit General Retirement System, Genesee County Employees' Retirement System, and City of Monroe Employees' Retirement System (collectively, the "Michigan Retirement Systems") and proposed lead counsel for the class in the above-captioned action.  I make this declaration in support of the Michigan Retirement Systems' Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached is a true and correct copy of the following exhibit:

Exhibit 1:    Genesee County Employees' Retirement System's Certification with Schedule A reflecting transactions in the class period alleged in the *City of Cape Coral Mun. Gen. Emps.' Ret. Plan v. Methode Elecs., Inc.*, No. 1:24-cv-09654 (N.D. Ill.) action.

3.    The transactions reflected in Exhibit 1 were included in the Michigan Retirement Systems' financial interest representation (ECF 28 at 4) and chart of loss calculations (ECF 26-3) filed in connection with their lead plaintiff motion.  Accordingly, the Michigan Retirement Systems' loss remains $812,788.57 and is unaffected by Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 4th day of November, 2024.

s/ Danielle S. Myers
DANIELLE S. MYERS

4880-6488-0630.v1

# EXHIBIT 1

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Genesee County Employees' Retirement System ("Plaintiff") declares:

1.  Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.  Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.  Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.  Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action: *See* attached Schedule A.

5.  (a)  Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*In re Kornit Digital Ltd. Sec. Litig.,* No. 2:23-cv-00888 (D.N.J.)
*Naclerio v. DocGo Inc.,* No. 1:23-cv-09476 (S.D.N.Y.)
*Genesee County Employees' Retirement System v. Driven Brands Holdings Inc.,* No. 3:23-cv-00895 (W.D.N.C.)

(b)  Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Genesee County Employees' Retirement System v. FirstCash Holdings, Inc.,* No. 4:22-cv-00033 (N.D. Tex.)
*In re Doximity, Inc. Sec. Litig.,* No. 4:24-cv-02281 (N.D. Cal.)

6.  Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

METHODE

- 2 -

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __4__ day of November, 2024.

Genesee County Employees' Retirement System

By: _Tracy Khan_ _____
Tracy Khan, Chairperson

- 2 -

METHODE

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 03/24/2022 | 1 | $42.24 |
| 03/24/2022 | 40 | $42.55 |
| 03/25/2022 | 13 | $42.24 |
| 03/28/2022 | 68 | $42.22 |
| 03/28/2022 | 136 | $42.18 |
| 03/30/2022 | 224 | $42.99 |
| 03/31/2022 | 449 | $43.20 |
| 04/01/2022 | 166 | $42.72 |
| 04/01/2022 | 273 | $42.86 |
| 04/04/2022 | 277 | $42.97 |
| 04/05/2022 | 350 | $42.72 |
| 04/06/2022 | 437 | $42.70 |
| 04/07/2022 | 588 | $42.61 |
| 04/07/2022 | 643 | $42.75 |
| 04/08/2022 | 333 | $43.45 |
| 04/11/2022 | 514 | $43.50 |
| 04/12/2022 | 143 | $44.00 |
| 04/13/2022 | 60 | $43.99 |
| 04/14/2022 | 203 | $44.66 |
| 04/18/2022 | 9 | $44.96 |
| 04/21/2022 | 237 | $46.59 |
| 04/22/2022 | 367 | $45.77 |
| 04/25/2022 | 29 | $44.64 |
| 04/25/2022 | 382 | $44.95 |
| 04/26/2022 | 54 | $44.35 |
| 04/26/2022 | 93 | $45.00 |
| 04/26/2022 | 287 | $44.33 |
| 12/16/2022 | 22 | $44.24 |
| 12/16/2022 | 93 | $43.96 |
| 12/19/2022 | 1,016 | $43.70 |
| 12/20/2022 | 27 | $44.26 |
| 12/21/2022 | 22 | $45.07 |
| 12/22/2022 | 84 | $43.86 |
| 12/23/2022 | 9 | $44.36 |
| 12/27/2022 | 82 | $45.16 |
| 12/27/2022 | 386 | $45.09 |
| 12/28/2022 | 61 | $44.77 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 05/04/2023 | 33 | $39.82 |
| 12/22/2023 | 21 | $22.56 |

Prices listed are rounded up to two decimal places.