UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| MARIE SALEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No.  1:24-cv-07696 (Consolidated) |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | Judge Sara L. Ellis Magistrate Judge M. David Weisman |
| METHODE ELECTRONICS, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

- 1 -

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Marie Salem hereby voluntarily dismisses her claims without prejudice to her ability to participate in this action as an absent class member.  Ms. Salem's counsel is also concurrently filing a withdrawal of appearance in this consolidated action.  The class's interests will continue to be represented by Court-appointed Lead Counsel.

 DATED:  April 8, 2025

ROBBINS GELLER RUDMAN & DOWD LLP
DANIELLE S. MYERS (ILND-GB-5711)


s/ Danielle S. Myers
DANIELLE S. MYERS

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

BRIAN E. COCHRAN (IL Bar # 6329016)
200 S. Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  630/696-4107
bcochran@rgrdlaw.com

Counsel for Plaintiff Marie Salem

- 1 -