# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

DeKalb County Pension Fund, et al.

                             Plaintiff,

v.                                          Case No.: 1:24–cv–07696

                                          Honorable Sara L. Ellis

Methode Electronics, Inc., et al.

                             Defendant.

---

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 3, 2026:

      MINUTE entry before the Honorable Sara L. Ellis: Telephone conference held on 2/3/2026. The Court grants Defendants' motion to dismiss [59]. The Court dismisses the amended complaint [53] without prejudice and gives DeKalb until March 20, 2026 to file a second amended complaint in conformity with this Opinion and Order. Opinion to issue. Plaintiffs' second amended complaint is due by 3/20/2026. Defendants' motion to dismiss is due by 4/20/2026; Plaintiffs' response is due by 5/20/26; Defendants' reply is due by 6/10/2026. The Court stays discovery pending ruling on Defendants' motion to dismiss. Next status date set for 9/9/2026 at 9:30 AM for ruling on motion to dismiss. Attorneys/Parties should appear for the hearing by calling the Toll–Free Number: (650) 479–3207, Access Code: 2314 361 1508. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Please note that the conference call–in will be used by all cases that are on the court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called. Members of the public and media will be able to call in to listen to this hearing (use toll–free number). Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.