**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DEKALB COUNTY PENSION FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> METHODE ELECTRONICS, INC., DONALD W. DUDA, and RONALD L.G. TSOUMAS, <br><br> Defendants. | Case No. 1:24-cv-07696 <br><br> District Judge Sara L. Ellis <br><br> Magistrate Judge M. David Weisman |

**DEFENDANTS' MOTION TO DISMISS**
**PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), as well as the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4, Defendants Methode Electronics, Inc., Donald W. Duda, and Ronald L.G. Tsoumas (collectively, "Defendants"), move to dismiss Plaintiff's Second Amended Class Action Complaint (ECF No. 74). The bases for the Motion are set forth in the accompanying brief being filed contemporaneously with this Motion. For the reasons explained therein, Defendants respectfully request that the Court dismiss Plaintiff's Second Amended Class Action Complaint with prejudice.

Per the Court's standing order, on May 20, 2026, Bethany Rezek of King & Spalding LLP, counsel for Defendants, conferred via telephone with Katherine M. Lenahan of Faruqi & Faruqi LLP, counsel for Plaintiff, concerning the relief requested herein. Plaintiff's counsel confirmed that Plaintiff opposes Defendants' Motion.

Respectfully submitted this 20th day of May, 2026.

**KING & SPALDING LLP**

*/s/ Zachary Fardon*
By: Zachary Fardon (IL Bar #6292156)
110 N Wacker Drive, Suite 3800
Chicago, Illinois 60606
Telephone: (312) 995-6333
Facsimile: (312) 995-6330
zfardon@kslaw.com

Jessica P. Corley (*pro hac vice*)
Brandon R. Keel (IL Bar #6300165)
1180 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
jpcorley@kslaw.com
bkeel@kslaw.com

*Counsel for Methode Electronics, Inc.,*
*Donald W. Duda, and Ronald L.G. Tsoumas*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

By: /s/ *Zachary Fardon*
Zachary Fardon